

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

<i>The Silvio J. Mollo Building<br>
One Saint Andrew's Plaza<br>
New York, New York 10007</i>

December 9, 2016

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: *United States* v. *Nico Burrell* et al.,
     S2 15 Cr. 95 (AJN)

Dear Judge Nathan:

  The Government respectfully submits this letter with respect to the sentencing of defendant Daquan Reid, a/k/a "DQ." The Government and defense counsel have discussed, and intend to continue discussing, whether a *Fatico* hearing is necessary with respect to this defendant. The Government respectfully proposes to respond to the Court by December 16, 2016, regarding whether a *Fatico* hearing is necessary or whether a sentencing proceeding can be scheduled for the defendant. Defense counsel has no objection to this proposal.

             Respectfully submitted,

             PREET BHARARA
             United States Attorney

          By: ___/s/_____
             Drew Johnson-Skinner
             Rachel Maimin
             Micah W.J. Smith
             Hagan Scotten
             Jessica Feinstein
             Assistant United States Attorneys
             (212) 637-1587

cc: Bryan Konoski, Esq. (by ECF)